

**COM.**

v.

**RIVERA, D.**

**3732 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0010239–2014 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**HOLLOWAY, K.**

**3758 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0009122–2015 (Philadelphia)

Reversed/Remanded

**SHARED COMMUNICATIONS, et al.**

v.

**WHTR REAL ESTATE**

**92 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

Nos. 90–04830 and 00–05539 (Chester)

Affirmed/Vacated/Remanded

**ESTATE OF BRAWNER, T.,**

**Appeal of: Wise C.**

**1144 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

201401043DE (Philadelphia)

Vacated/Remanded

**COM.**

v.

**TATE, E.**

**1180 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–23–CR–0004358–2012 (Delaware)

Affirmed

**COM.**

v.

**YOUNG, D.**

**1668 EDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–39–CR–0000560–1983 (Lehigh)

Affirmed

